[No. 34557-9-II. Division Two. May 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. HARRY NATHAN CARRIER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-03722-2, John A. McCarthy, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35111-1-II. Division Two. May 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICIA D. GLASER-GIBSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 05-1-00475-4, James B. Sawyer II, J., entered June 26, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 35171-4-II. Division Two. May 30, 2007.]

JOHN BILCHER ET AL., *Appellants*, v. COWLITZ COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-2-01625-7, James J. Stonier, J., entered July 7, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 35843-3-II. Division Two. May 30, 2007.]

LAGOON POINT IMPROVEMENT CLUB, *Respondent*, v. HERSCHEL FREEMAN ET AL., *Defendants*, WILLIAM J. BYRNE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Island County, No. 04-2-00387-8, Vickie I. Churchill, J., entered December 19, 2005. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.